William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

JUAN C SANCHEZ

                                            **NOTICE OF THE
                                            BROOKFIELD
                                            PARTIES' ADOPTION
                V.                          OF AMENDED ANSWER
                                            TO MASTER
                                            COMPLAINT**

BATTERY PARK CITY AUTHORITY, ET. AL.,

                                            CASE NUMBER: (AKH)
                                            07 CV 5318

_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC

f/k/a WFP Tower A Co. L.P. and Brookfield Properties One WFC G.P. Corp. f/k/a WFP

Tower A Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses

to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related

to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield

Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed

in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21

MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October __18__ 2007

                                Faust, Goetz, Schenker & Blee, LLP

                                By: William J. Smith (WJS-9137)
                                Attorneys for the Brookfield Parties
                                Two Rector Street, 20th Floor
                                New York, NY 10006
                                (212) 363-6900